# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Patenaude,**
      **Plaintiff,**

**V.**

**Orgain, LLC,**
      **Defendant,**

**CIVIL ACTION**

**NO. 21-40018-TSH**

## ORDER OF DISMISSAL

**Hillman, D.J.**

In accordance with the Court's Memorandum and Order dated 3/16/22, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    3/16/22
    Date

/s/ Martin Castles
Deputy Clerk