# United States Court of Appeals
## For the First Circuit

No. 22-1255

DOUGLAS PATENAUDE, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

ORGAIN, LLC,

Defendant - Appellee.

**JUDGMENT**

Entered: July 18, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
John T. Longo
Howard M. Brown
Matthew R. Orr