# United States Court of Appeals
## For the First Circuit

No. 22-1255

DOUGLAS PATENAUDE, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

ORGAIN, LLC,

Defendant - Appellee.

**MANDATE**

Entered: July 18, 2022

In accordance with the judgment of July 18, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Howard M. Brown
John T. Longo
Matthew R. Orr